HAEMONETICS CORPORATION, Plaintiff–Appellant,

v.

MEDTRONIC, INC., Defendant–Appellee.

No. 00–1340.

United States Court of Appeals, Federal Circuit.

DECIDED: March 9, 2001.

Before MAYER, Chief Judge, CLEVENGER and RADER, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Shellie P. ZONIES, Petitioner,

v.

DEPARTMENT OF DEFENSE, Respondent.

No. 01–3048.

United States Court of Appeals, Federal Circuit.

DECIDED: March 9, 2001.

Before MAYER, Chief Judge, CLEVENGER and RADER, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.